**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| JOSE ALFREDO AMAYA, | ) | No. CV 07-566-R (AGR) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| ROBERT A. HOREL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:  March 29, 2010 

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE